**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRIAN SHERWOOD,

                Plaintiff,                21 **CIVIL** 10847 (KMK)

      -against-                     **JUDGMENT**

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 28, 2023, Judge Davison's R&R is adopted, Plaintiff's Motion for Judgment on the Pleadings is denied, and Defendant's Motion for Judgment on the Pleadings is granted. The final decision of the Commissioner is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
          March 29, 2023

                                          **RUBY J. KRAJICK**

                                             **Clerk of Court**

                      **BY:**      *K. Mango*

                                               **Deputy Clerk**